IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-MJ-6228 PLC |
| | ) | |
| YU-CHIEH HUANG, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3142(d).

As and for its grounds, the Government states as follows:

1. Defendant is charged with the non-violent offense of wire fraud, Title 18, United States Code, Section 1343.

2. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant, defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by defendant's release, warrant defendant's detention pending trial.

3. The defendant is a risk of flight for the following reasons:

a. Defendant is a Taiwanese national who does not have any ties to the Eastern District

of Missouri and has significant ties in Taiwan and China. Defendant's father, a citizen of China, has political and business ties in China.

b.  The United States State Department revoked Defendant's Student Visa due to a misdemeanor conviction for Driving Under the Influence and an arrest for Inflicting Corporal Injury to Spouse or Cohabitant.

c.  At the time of his arrest, Defendant possessed an unsigned Taiwanese passport and two debit cards in the name of another individual.

d.  Defendant used the unsigned Taiwanese passport and debit card in order to commit the charged fraudulent conduct.

e.  Defendant admitted engaging in the fraudulent conduct in three states.

f.  Defendant has access to additional false and fraudulent documents.

4.      Defendant engaged in the charged conduct while serving a term of probation in the State of California.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Tracy L. Berry*
TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
(314) 539-2200